Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kln@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA; AND NATIONAL DEFAULT SERVICING CORP.; and Does I-X, and Roe Corporations I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-01584-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Vern Elmer ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and National Default Servicing Corp. ("NDSC"), by and through their respective counsel of record, hereby stipulate and agreed as follows:

1.　　Defendants Chase and NDSC shall have a forty-five (45) day extension, through and including November 21, 2022, to file responses to the Complaint in this matter.

The parties respectfully submit that the instant stipulation is not intended to cause any delay or prejudice to any party but is to allow the parties to informally address the potential for

1

informal resolution of the issues raised in this case, and to otherwise properly and orderly address any issues pending before the Court in the hope of resolving the claims raised in the Complaint.

| SMITH LARSEN & WIXOM | NEVADA'S LAWYERS |
|---|---|
| /s/ *Kent F. Larsen* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Hills Center Business Park <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. | /s/ *Allison R. Schmidt* <br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> 7250 S. Durango Dr., Suite 130-A295 <br> Las Vegas, Nevada 89113 <br> Attorneys for Plaintiff <br> Vern Elmer |
| Dated: October 3, 2022. | Dated: October 3, 2022. |

TIFFANY & BOSCO, P.A.

/s/ *Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Attorneys for Defendant
National Default Servicing Corporation

Dated: October 3, 2022.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2022

2