1 | Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kln@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>                Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA; AND NATIONAL DEFAULT SERVICING CORP.; and Does I-X, and Roe Corporations I-X, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-01584-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

        Plaintiff Vern Elmer ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and National Default Servicing Corp. ("NDSC"), by and through their respective counsel of record, hereby stipulate and agreed as follows:

        1.     Defendants Chase and NDSC shall have through and including Tuesday, December 13, 2022, to file responses to the Complaint in this matter.

        The parties respectfully submit that the instant stipulation is not intended to cause any delay or prejudice to any party, but is to allow the parties to further discuss the potential for

1

informal resolution of the issues raised in this case, to accommodate an unexpected medical procedure involving one of the undersigned counsel, and to otherwise properly and orderly address any issues pending before the Court as raised in the Complaint.

SMITH LARSEN & WIXOM

/s/ *Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

Dated: November 15, 2022.

TIFFANY & BOSCO, P.A.

/s/ *Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Attorneys for Defendant
National Default Servicing Corporation

Dated: November 15, 2022.

NEVADA'S LAWYERS

/s/ *Allison R. Schmidt*
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
7250 S. Durango Dr., Suite 130-A295
Las Vegas, Nevada 89113
Attorneys for Plaintiff
Vern Elmer

Dated: November 15, 2022.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2022