Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kln@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>  Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA; AND NATIONAL DEFAULT SERVICING CORP.; and Does I-X, and Roe Corporations I-X, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01584-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES RE:**<br><br>**JPMORGAN CHASE BANK N.A.'s MOTION TO DISMISS COMPLAINT (ECF 15); AND,**<br>**NATIONAL DEFAULT SERVICING CORPORATION'S JOINDER TO JPMORGAN CHASE BANK, NA'S MOTION TO DISMISS COMPLAINT (ECF 16)**<br><br>**(First Request)** |

Plaintiff Vern Elmer ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and National Default Servicing Corporation ("NDSC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff shall have through Tuesday, January 17, 2023 to file Plaintiff's opposition/response to Chase's Motion to Dismiss (ECF 15) and to NDSC's Joinder in Chase's Motion to Dismiss (ECF 16); and,

1

2. Chase and NDSC shall each have through Tuesday, January 31, 2023 to file their reply briefs in response to any opposition/response brief filed by Plaintiff.

The Court is advised that this request is not intended to cause any delay or prejudice to any party, but is to allow the parties additional time to brief the issues for the Court in an orderly fashion (and in light of the conflicting schedules of involved counsel during the upcoming holiday period).

| SMITH LARSEN & WIXOM | NEVADA'S LAWYERS |
|---|---|
| /s/ *Kent F. Larsen* | /s/ *Allison R. Schmidt* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>7250 S. Durango Dr., Suite 130-A295<br>Las Vegas, Nevada 89113<br>Attorneys for Plaintiff<br>Vern Elmer |
| Dated: December 15, 2022. | Dated: December 15, 2022. |

TIFFANY & BOSCO, P.A.

/s/ *Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Attorneys for Defendant
National Default Servicing Corporation

Dated: December 15, 2022.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of December, 2022.

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on December 15, 2022, I electronically filed the foregoing **Stipulation and Order Extending Briefing Deadlines Re: JPMorgan Chase Bank, N.A.'s Motion To Dismiss Complaint (ECF 15); and, National Default Servicing Corporation's Joinder to JPMorgan Chase Bank, NA's Motion To Dismiss Complaint (ECF 16) (First Request)** with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record and via U.S. Mail (if noted) to the following;

Allison R. Schmidt, Esq.
NEVADA'S LAWYERS
7250 S. Durango Dr., Suite 130-A295
Las Vegas, Nevada 89113
Attorneys for Plaintiff
Vern Elmer

Krista J. Nielson, Esq.
TIFFANY & BOSCO, P.A.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, Nevada 89135
Attorneys for Defendant
National Default Servicing Corporation

/s/ *Jana L. Rivard*
An employee of Smith Larsen & Wixom

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 · FAX (702) 252-5006