Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kln@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERN ELMER,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA; AND NATIONAL DEFAULT SERVICING CORP.; and Does I-X, and Roe Corporations I-X, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01584-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff Vern Elmer ("Elmer") and Defendant JPMorgan Chase Bank, NA ("Chase"), by and through their respective counsel of record, hereby stipulate as follows:

Counsel for the parties have agreed to a 60-day extension of time for completion of discovery in this case. Counsel seeks additional time to complete discovery given the recent serving of written discovery requests that require additional time to prepare complete responses

1

to. In addition, there is pending before this Court a fully briefed motion to dismiss, which if adjudicated, will likely impact the nature and scope of the requested discovery. Further, the parties may seek to set depositions upon completing the written discovery and will need additional time to arrange those efforts.

**(a) Statement specifying the discovery completed**:

The parties have conducted the mandatory FRCP 26(f) conference, prepared and filed the parties' original proposed discovery plan and scheduling order (ECF No. 28), and Defendants have made and exchanged the FRCP 26(a) disclosures and documents. Written discovery has been propounded by Chase directed to Plaintiff, and Plaintiff has propounded written discovery on Chase, responses to which are due toward the end of the discovery period. Additionally, Chase has issued a subpoena to a third party, Nevada Legal Support Services and scheduled a Rule 30(b)(6) deposition thereof, which us set for June 2, 2023.

**(b) Specific description of the discovery that remains to be completed**:

To the extent settlement negotiations are not successful, the parties will need additional time to finalize written discovery responses and take additional Rule 30(b)(6) depositions. Subpoenas to third-party witnesses for the production of documents and for their depositions may be necessary as well as additional disclosures.

**(c) Reasons why the deadline was not satisfied, or the remaining discovery was not completed within the time limits set by the discovery plan**:

The parties anticipated that the adjudication of the pending motion to dismiss would have a significant impact on the need for and the nature and scope of the issues to be finally adjudicated in this matter. Once it was clear that the adjudication of the motion to dismiss would not issue before the need to engage in discovery prior to the deadline, the parties have moved forward and have engaged in the discovery cited above. It has become evident that in

order to complete that discovery, the parties will require an additional 60 days to secure written responses and coordinate potential depositions based thereon.

**(d)** ~~A proposed~~ **New** **schedule for completing all remaining discovery**:

The parties propose a 60-day extension of the remaining discovery dates as follows:

- Current Discovery Deadline: Monday, June 12, 2023
- ~~Requested~~ New Discovery Deadline: **Friday, August 11, 2023**
- Current Dispositive Motion Deadline: Wednesday, July 12, 2023
- ~~Requested~~ New Dispositive Motion Deadline: **Monday, September 11, 2023**
- Current Joint Pretrial Order Deadline: Friday, August 11, 2023
- ~~Requested~~ New Joint Pretrial Order Deadline: **Tuesday, October 10, 2023,** unless a dispositive motion is filed, in which case thirty (30) days after the decision on the dispositive motion is entered or upon further order of the Court.

This is the parties' first request for an extension of these deadlines and is not made for purposes of delay.

| SMITH LARSEN & WIXOM | NEVADA'S LAWYERS |
|---|---|
| /s/ *Karl L. Nielson* | /s/ *Allison R. Schmidt* |
| Kent F. Larsen, Esq. | Allison R. Schmidt, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 10743 |
| Karl L. Nielson, Esq. | 7250 S. Durango Dr., Suite 130-A295 |
| Nevada Bar No. 5082 | Las Vegas, Nevada 89113 |
| Hills Center Business Park | Attorneys for Plaintiff |
| 1935 Village Center Circle | Vern Elmer |
| Las Vegas, Nevada 89134 | |
| Attorneys for Defendant | Dated: May 22, 2023. |
| JPMorgan Chase Bank, N.A. | |
| | |
| Dated: May 22, 2023. | |

1  TIFFANY & BOSCO, P.A.

2

3  /s/ *Krista J. Nielson*
   Krista J. Nielson, Esq.
4  Nevada Bar No. 10698
   10100 W. Charleston Blvd.,
5  Suite 220
   Las Vegas, Nevada 89135
6  Attorneys for Defendant
   National Default Servicing
7  Corporation

8
   Dated: May 22, 2023.
9

                                IT IS SO ORDERED:

                                _____
                                UNITED STATES MAGISTRATE JUDGE

                                Dated:  May 22, 2023

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

4